UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY HOGAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZAK SHAPIRO, et al.,<br><br>    Defendants. | Case No. 17-cv-06031-WHO<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 19 |

On December 11, 2017, defendants moved to compel arbitration and to dismiss or stay proceedings in this case. Dkt. No. 13. In conjunction with their reply in support of the motion to compel, defendants submitted exemplars of the contractual agreements giving rise to this suit that include a pre-dispute arbitration clause. Declaration of John T. McGuire [Dkt. No. 13-1], Ex. A; Supplemental Declaration of John T. McGuire [Dkt. No. 16-1] ¶¶ 2-3 & Ex. A. On January 9, 2018, I issued an Order to Show Cause why arbitration should not be compelled, indicating that I was inclined to grant the motion to compel in light of the reply evidence and deny defendants' request for attorney's fees because the full agreements were not provided until the reply. Dkt. No. 17.

On January 16, 2018, plaintiffs filed a response indicating that, in light of the recent production of the exemplar agreements, they agree to submit their claims to FINRA arbitration and request that this action be dismissed without prejudice. Dkt. No. 18. Accordingly, the motion to compel arbitration is GRANTED, this case is DISMISSED without prejudice, and defendants' request for attorney's fees is DENIED.

**IT IS SO ORDERED.**

Dated: January 17, 2018

William H. Orrick
United States District Judge